# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CASE NO. 13-2934-lmj13 |
| JOHN M. BEARDSLEY and BERGETTA BEARDSLEY, | : | CHAPTER 13 |
| | : | TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN |
| DEBTORS. | : | |

COMES NOW the Chapter 13 Trustee, by and through his attorney, and for his Objection to Debtors' Chapter 13 Plan states the following to the Court:

1. On October 21, 2013, the Debtors filed their Chapter 13 Plan. Their Plan requires monthly payments to the Trustee in the sum of $722 for 47 months, followed by monthly payments of $931 for 13 months. The Plan also requires the turnover of income tax refunds as additional Plan funding. After payment of secured and priority claims, the Debtors estimate that unsecured creditors, holding claims in excess of $76,000, will be paid approximately three (3) cents on the dollar.

2. A review of the Form B22C filed by the Debtors reflects that the form has not been completed. Pending the completion and submission of a completed form, the trustee cannot recommend confirmation.

3. According to the Debtors' Plan, they intend to surrender their real property to Bank of America. Nonetheless, their monthly budget set forth on Schedule J continues to contain a monthly housing expense in excess of $2100.

4. Pending consideration of the amount of this housing expenditure upon the surrender of their real property, the Trustee cannot determine that the Plan commits all projected disposable income to the repayment of unsecured creditors.

WHEREFORE, the Chapter 13 Trustee respectfully objects to the Debtors' Chapter 13 Plan and requests that confirmation be denied and for such other and further relief as is just and equitable in the premises.

Respectfully submitted,

/s/ Albert C. Warford
Albert C. Warford #xxx-xx-6492
Chapter 13 Trustee


/s/ Elizabeth E. Goodman
Elizabeth E. Goodman #IS9999100
Attorney for Ch. 13 Trustee
505 5th Avenue, Suite 520
Des Moines, IA 50309
(515) 283-2713

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN was served upon the following parties at the addresses shown below by enclosing the same in an envelope addressed to each such person, with postage full paid and by depositing said envelope in the United States Post Office depository in Des Moines, Iowa, on the 6TH day of December, 2013.

/s/ Traci Sharp


John & Bergetta Beardsley
2602 SW Westwinds Blvd.
Ankeny, IA 50023

Notice will be electronically mailed by the Clerk of Court to:

L. Ashley Zubal @ Ashley@markslawdm.com

Office of U.S. Trustee @ USTPRegion12.DM.ECF@usdoj.gov