UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| In Re:<br><br>JOHN & BERGETTA BEARDSLEY,<br> Debtors | Chapter 13<br>Bankruptcy No. 13-02934-lmj13<br><br>MOTION TO MODIFY<br>PLAN POST-CONFIRMATION |
|---|---|

COMES NOW the above-named Debtors and for their Motion to Modify Plan Post-Confirmation states as follows:

1. The confirmed plan currently on file calls for the Debtor to make payments as follows:

    a. $1230 each month for the remainder of the plan.

2. The confirmed plan currently on file calls for the Debtor to turn over to the Trustee for administration any realized tax refunds during the term of the chapter 13 plan.

3. The Debtors propose modifying the current chapter 13 plan payment to $1,185.00 each month for the remainder of the plan.

4. Unsecured creditors will receive 100 cents on the dollar.

5. All other provisions of the Plan shall remain as confirmed and not be modified.

WHEREFORE, the Debtors pray the Court approve their proposed Modified Chapter 13 Plan.

    /s/ Samuel Z. Marks_____
Samuel Z. Marks IS9998821
4225 University Avenue
Des Moines, Iowa 50311
(515) 276-7211
FAX  (515) 276-6280
ATTORNEY FOR DEBTORS

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2016, a copy of motion Motion to Modify Plan Post Confirm was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Bac/Fleet-Bkcard
Bank Of America
Bank Of America
Bank Of America, N.A.
Cap One
Cap One
Chase
Chase
Chase
Citi
Comenity Bank/Vctrssec
Discover Fin Svcs Llc
Discover Fin Svcs Llc
First Usa Bank N A
Fnb Omaha
Hsbc Bank
Kohls/Capone
Us Bank/Na Nd
Wells Fargo Dealer Services
Wfds/Wds

/s/ Samuel Z. Marks
Samuel Z. Marks IS 9998821
Marks Law Firm, P.C.
4225 University Ave.
Des Moines, IA 50311
(515) 276-7211
Fax:(515) 276-6280
Office@markslawdm.com